# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FRANCISCAN FRIARS OF CALIFORNIA, INC.

        Plaintiff(s),

  v.

TRAVELERS CASUALTY AND SURETY COMPANY, et al.,

        Defendant(s).
_____/

No. C 05-3511 PJH

**ORDER OF DISMISSAL**

Counsel for defendant, having advised the court in writing that the parties have agreed to a settlement of this cause and requesting that a conditional dismissal be entered, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within sixty (60) days.

SO ORDERED.

Dated: March 15, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge