JOHN J. POWERS (State Bar No. 145623)
CHERYL A. SABNIS (State Bar No. 224323)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

ROBERT M. VINCI (Admitted *Pro Hac Vice*)
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Defendants TRAVELERS CASUALTY
AND SURETY COMPANY and ST. PAUL FIRE AND
MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCAN FRIARS OF CALIFORNIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, *et al.*,<br><br>Defendants. | Case No. 05-3511 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR 14-DAY EXTENSION OF DEADLINE TO FILE STIPULATION OF DISMISSAL WITH PREJUDICE OR SEEK TO RESTORE THIS MATTER TO THE TRIAL CALENDAR** |

///

///

///

Plaintiff FRANCISCAN FRIARS OF CALIFORNIA, INC. and defendants TRAVELERS CASUALTY AND SURETY COMPANY and ST. PAUL FIRE AND MARINE INSURANCE COMPANY (collectively the "Parties") by and through their counsel of record file this Stipulation and [Proposed] Order for a 14-day extension of the deadline to file a stipulation of dismissal **with** prejudice or have the dismissal **without**

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\370604\1

STIPULATION AND [PROPOSED] ORDER FOR 14-DAY EXTENSION OF DEADLINE
CASE NO. 05-3511 PJH

prejudice vacated and this cause restored to the trial calendar in accord with the Court's order of March 15, 2006.

The Parties have arrived at a settlement of this matter and have prepared an agreement memorializing the same. Some, but not all, of the parties to the agreement have signed it. The Parties cannot file the stipulation of dismissal with prejudice until all parties have signed the agreement. They anticipate that an additional fourteen (14) days will provide enough time to obtain the outstanding signatures.

As such, the Parties respectfully request that the Court extend by fourteen (14) days the current June 30, 2006 deadline to either file a stipulation and [proposed] order of dismissal **with** prejudice or have the dismissal **without** prejudice vacated and this cause restored to the trial calendar in accord with the Court's March 15, 2006 Order, so that the deadline is now **July 14, 2006.**

**IT IS SO STIPULATED.**

| Dated: June 30, 2006 | HELLER EHRMAN LLP |
|---|---|
| | /s/ Brian P. Brosnahan |
| | BRIAN P. BROSNAHAN |
| | Attorneys for Plaintiff |
| | FRANCISCAN FRIARS OF CALIFORNIA, INC. |
| Dated: June 30, 2006 | DRINKER BIDDLE & REATH LLP |
| | /s/ Cheryl A. Sabnis |
| | JOHN J. POWERS |
| | CHERYL A. SABNIS |
| | Attorneys for Defendants |
| | TRAVELERS CASUALTY AND SURETY COMPANY and ST. PAUL FIRE AND MARINE INSURANCE COMPANY |

DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

SF1\370604\1

STIPULATION AND [PROPOSED] ORDER FOR 14-DAY EXTENSION OF DEADLINE
CASE NO. 05-3511 PJH

# CERTIFICATION

I attest that Brian P. Brosnahan has concurred in the filing of this document.

Dated: June 30, 2006                    DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. Sabnis
CHERYL A. SABNIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _July 10_, 2006



THE HONORABLE PHYLLIS J. HAMILTON
United States District Judge

DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

SF1\370604\1

STIPULATION AND [PROPOSED] ORDER FOR 14-DAY EXTENSION OF DEADLINE
CASE NO. 05-3511 PJH