JOHN J. POWERS (State Bar No. 145623)
CHERYL A. SABNIS (State Bar No. 224323)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

ROBERT M. VINCI (Admitted *Pro Hac Vice*)
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Defendants TRAVELERS CASUALTY AND
SURETY COMPANY and ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCAN FRIARS OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY, *et al.*, <br><br> Defendants. | Case No. 05-3511 PJH <br><br> **STIPULATION AND [P~~ROPOSED~~]  ORDER OF DISMISSAL** |

WHEREAS, plaintiff FRANCISCAN FRIARS OF CALIFORNIA, INC. ("Plaintiff") and defendants TRAVELERS CASUALTY AND SURETY COMPANY and ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("Defendants") (Plaintiff and Defendants referred to collectively herein as the "Parties" or individually as "Party") have reached a confidential settlement agreement relative to the above-referenced matter;

WHEREAS, as part of the terms of the confidential settlement agreement, the Parties have agreed to the dismissal of the above-referenced matter in its entirety and further have agreed that this dismissal is *with* prejudice with respect to all claims arising out of or relating in

DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

SF1\372514\1

1
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 05-3511 PJH

any way to the Abuse Claims (as this term is defined in Exhibit 1 attached hereto and expressly incorporated herein). The Parties have also agreed to the dismissal *without* prejudice with respect to all claims arising out of or relating in any way to the Oregon Claims (as this term is defined in Exhibit 1 attached hereto and expressly incorporated herein), and the dismissal *without* prejudice with respect to the declaratory relief claims to the extent that they relate to matters *not* arising out of or relating in any way to the Abuse Claims.

THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants that the above-referenced matter shall be dismissed pursuant to Fed. R. Civ. P. 41(a)(1) as provided herein. Each party shall bear their own costs and attorney's fees in connection with the above-referenced matter.

IT IS SO STIPULATED.

Dated: July 10, 2006

HELLER EHRMAN LLP

BRIAN P. BROSNAHAN

Attorneys for Plaintiff
FRANCISCAN FRIARS OF CALIFORNIA, INC.

Dated: July 11, 2006

DRINKER BIDDLE & REATH LLP

JOHN J. ROWERS
CHERYL A. SABNIS

Attorneys for Defendants
TRAVELERS CASUALTY AND SURETY COMPANY and ST. PAUL FIRE AND MARINE INSURANCE COMPANY

DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

SF1\372514\1

2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 05-3511 PJH

**CERTIFICATION**

I attest that Brian P. Brosnahan has concurred in the filing of this document.

Dated: ~~June~~ July 11, 2006

DRINKER BIDDLE & REATH LLP

_____
JOHN J. POWERS
CHERYL A. SABNIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 14, 2006

_____
THE HONORABLE PHYLLIS HAMILTON
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

SF1\372514\1

3

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 05-3511 PJH

# EXHIBIT 1

## DEFINED TERMS

For the purposes of the Parties' Stipulation and [Proposed] Order of Dismissal With Prejudice only, the following terms are defined as provided herein.

1. **"Franciscan Friars."** "Franciscan Friars" means the Franciscan Friars of California, Inc., the Franciscan Fathers of California, Saint Anthony Seminary High School, Santa Barbara Boy's Choir, the Order of Friars Minor, Province of St. Barbara and/or all corporate, legal and canonical entities owned, operated or controlled by them, and: (1) all clergy who ever have been incardinated in or otherwise assigned to or under the control and/or supervision of the Franciscan Friars of California, Inc., the Franciscan Fathers of California, Saint Anthony Seminary High School, Santa Barbara Boy's Choir, and/or the Order of Friars Minor, Province of St. Barbara; (2) all persons or entities claiming any right, title or interest in or under the Policies or as to whom benefits under the Policies are claimed including, without limitation, any and all named insureds under the Policies, additional insureds under the Policies, and insureds added by endorsement to the Policies; (3) all affiliated persons of the Franciscan Friars of California, Inc., the Franciscan Fathers of California, Saint Anthony Seminary High School, Santa Barbara Boy's Choir, and/or the Order of Friars Minor, Province of St. Barbara including, without limitation, all their past, present and future members, administrators, servants, priests, deacons, directors, trustees, officers, religious officers, officials, employees, clergy, agents, representatives, attorneys, consultants, advisors, contributors, volunteers, predecessors, successors, and assigns; and (4) all past, present and future divisions, subsidiaries, foundations, and funds of the Franciscan Friars of California, Inc., the Franciscan Fathers of California, Saint Anthony Seminary High School, Santa Barbara Boy's Choir, and/or the Order of Friars Minor, Province of St. Barbara including, without limitation, all their parishes, religious orders, education and welfare corporations, schools, institutions, cemeteries, missions, centers, corporations, corporations sole, companies, organizations and/or entities under its jurisdiction or control, and all of their respective affiliated persons including, without limitation, all their past,

DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA  94104

SF1\372514\1

4

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 05-3511 PJH

present and future members, administrators, servants, priests, deacons, directors, trustees, officers, religious officers, officials, employees, clergy, agents, representatives, attorneys, consultants, advisors, contributors, volunteers, predecessors, successors, and assigns.

2. **"St. Paul" and "St. Paul Travelers."** "St. Paul" and "St. Paul Travelers" mean St. Paul Fire and Marine Insurance Company, Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) and any other insurer that allegedly issued the St. Paul Travelers Policies, and their past or present parent corporations, subsidiaries, divisions, and affiliates (including, without limitation, St. Paul Travelers Companies, Inc. and The Travelers Indemnity Company), and each of their respective directors, officers, shareholders, employees, agents, representatives, attorneys, claims handling administrators, successors, predecessors and assigns.

3. **"Policies."** "Policies" means all policies of insurance issued or alleged to have been issued by St. Paul Travelers that actually or allegedly insure or otherwise provide insurance coverage for the Franciscan Friars, including without limitation: Policy No. 33AL 77025, with an effective period of March 28, 1967 to March 28, 1970; Policy No. 05 GL 60369 CCA, with an effective period of April 1, 1979 to April 1, 1980; Policy No. 05 GL 123379 CCA, with an effective period of April 1, 1980 to April 1, 1981; Policy No. 688 NB 3108, with an effective period of April 1, 1981 to June 1, 1982, which policy was subsequently renewed for the effective period of June 1, 1982 to June 1, 1983; Policy No. 688 NB 3140, with an effective period of June 1, 1983 to June 1, 1984; Policy No. 05 SM 889523 FCA, with an effective period of June 1, 1984 to June 1, 1985; Policy No. Policy Nos. 05 SM 957926 FCA, with an effective period of June 1, 1985 to June 27, 1986; Policy No. 05 SM 1059596 FCA, with an effective period of June 27, 1986 to June 1, 1987; Policy No. 05 SM 1121338 FCA, with an effective period of June 1, 1987 to June 1, 1988; Policy No. 05 ACM 55256216, with an effective period of June 1, 1988 to June 1, 1989; Policy No. 05 ACM 5489233, with an effective period of June 1, 1989 to June 1, 1990; Policy No. 005 ACM 20720975, with an effective period of June 1, 1990 to June 1, 1991; Policy No. 005 ACM 5794901, with an effective period of June 1, 1991 to June 1, 1992; Policy No. 005

DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

SF1\372514\1

1  ACM 22170188, with an effective period of June 1, 1992 to June 1, 1993; and Policy No. 005
2  ACM 23359886, with an effective period of June 1, 1993 to June 1, 1994.

3      4.    **"Abuse Claims."** "Abuse Claims" means, except as expressly set forth below, all lawsuits based on Sexual Abuse (as defined herein) seeking monetary compensation and/or damages from the Franciscan Friars that were filed against and served upon or known to the Franciscan Friars of California, Inc., Franciscan Fathers of California, Saint Anthony Seminary High School, Santa Barbara Boy's Choir, or the Order of Friars Minor, Province of St. Barbara, or their attorneys as of the effective date of the Parties' Confidential Settlement Agreement and Mutual Release ("Effective Date"), and any notices, claims, demands or threatened lawsuits that were, as of the Effective Date, known or believed by any employees, administrators, servants, priests, deacons, clergy, seminarians, directors, trustees, religious officers, officers, officials, agents, consultants, volunteers or representatives of the Franciscan Friars of California, Inc., Franciscan Fathers of California, Saint Anthony Seminary High School, Santa Barbara Boy's Choir, or the Order of Friars Minor, Province of St. Barbara, who were or are responsible for resolving or investigating such claims or providing notice of such claims under the Policies (including, without limitation, Fr. Melvin Jurisich, Fr. McGinn and/or Fr. Chinnici and/or their predecessors), to constitute a demand for monetary compensation and/or damages from the Franciscan Friars based on Sexual Abuse. As used herein, a lawsuit, notice, claim, demand or threatened lawsuit based on "Sexual Abuse" is one based upon any theory or assertions of direct or derivative liability whatsoever, for injuries caused or alleged to have been caused in whole or in part by actual or alleged acts of sexual abuse, sexual conduct or misconduct, indecent assault and/or battery, molestation, rape, licentious behavior, undue familiarity, pedophilia, ephebophilia, inappropriate touching, sexually-related physical, psychological or emotional harm, or other misconduct of a sexual or prurient nature, and/or any other actual or alleged conduct constituting "childhood sexual abuse" for purposes of Cal. Civ. Proc. Code §340.1 (including, without limitation, claims for loss-of-consortium, claims of vicarious liability or respondeat superior, claims of negligent supervision, hiring, training, treatment, retention or

DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

SF1\372514\1

6
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 05-3511 PJH

investigation, and claims of a failure to report, disclose or mitigate) committed or allegedly committed by past or present members, priests, deacons, clergy or seminarians, or other actual or alleged employees, administrators, servants, directors, trustees, religious officers, officers, officials, agents, consultants, volunteers or representatives of the Franciscan Friars or by any person or entity for whose acts or omissions the Franciscan Friars is asserted to be or may be liable. "Abuse Claims" includes, without limitation, all suits that are coordinated in the *Clergy Cases I and III* and included in the mediation before Judge McCoy as identified in Paragraph 5 below. "Abuse Claims" also includes all such past notices, claims, demands, threatened lawsuits or lawsuits that have previously been settled, resolved, released, dismissed, extinguished, arbitrated or otherwise adjudicated including, without limitation, the claim asserted by Cary Mello and the lawsuit filed by Andre Dixon, captioned <u>John Doe 22 v. Province of Santa Barbara of the Order of Priests Minor of the Roman Catholic Church, et al.</u>, Case No. RG03 105954, Alameda County Superior Court. "Abuse Claims" does not include the claims made or lawsuits filed against the Franciscan Friars in the State of Oregon which are identified in Paragraph 6 below (the "Oregon Claims"). "Abuse Claims" also does not include claims made or lawsuits filed against the Franciscan Friars in the State of Alaska that are identified in Paragraph 7 below (the "Alaska Claims").

5. **Claims Included in "Abuse Claims."** As provided in Paragraph 3 above, "Abuse Claims" includes without limitation the following lawsuits and claims which were coordinated in the *Clergy Cases I and III* and which were included in the mediation before Judge McCoy:

| Robert Alderette | Vincent Perez, et al. v. Defendant Doe 1, et al.<br>Case No. BC308365 |
|---|---|
| Michael Gerard Archambo | Michael Gerard Archambo v. Defendant Doe 1, et al.<br>Case No. BC308414 |
| James Avallone | Michael M. 1, et al. v. Defendant Doe 1, et al.<br>Case No. BC308555 |

DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

SF1\372514\1

7
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 05-3511 PJH

| Maria Boeddeker | Maria Boeddeker, et al. v. Franciscan Friars of California, Inc., et al., Case No. 01130925 |
|---|---|
| Debra Boeddeker-Follett | Maria Boeddeker, et al. v. Franciscan Friars of California, Inc., et al., Case No. 01130925 |
| James Leon Cassou | James Leon Cassou v. Defendant Doe 1, et al. Case No. BC307274 |
| Darrell Delgado | John DD Doe v. Doe 1, et al. Case No. BC307943 |
| Damian Eckert | John Roe 3 v. Franciscan Friars of California, Inc., et al. Case No. 01132999 |
| Robert Eckert | Robert Eckert v. Robert Van Handel, et al. Case No. 01110943 |
| Pablo Espinoza | Pablo Espinoza v. Franciscan Friars of California, Inc., et al. Case No. 01129592 |
| John Foss | John F., et al. v. Franciscan Friars of California, Inc., et al. Case No. 1164855 |
| Robert Foss | John F., et al. v. Franciscan Friars of California, Inc., et al. Case No. 1164855 |
| Gary Gomes | Maggie Barcelona, et al. v. Defendant Doe 1, et al. Case No. BC308364 |
| Joe Heinrich | Vincent Perez, et al. v. Defendant Doe 1, et al. Case No. BC308365 |
| Timothy Van Houten | John Doe 39 v. Province of Santa Barbara of the Order of Priests Minor the Roman Catholic Church, aka the Franciscans Case No. RG03-134157 |
| John Kovacs | No complaint filed |
| Frances McAuley | Frances M., et al. v. Xavier Harris, et al. Case No. 01132360 |
| Patrick McAuley | Frances M., et al. v. Xavier Harris, et al. Case No. 01132360 |

DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

SF1\372514\1

8
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 05-3511 PJH

| | | |
|---|---|---|
| 1 | Timothy McAuley | Frances M., et al. v. Xavier Harris, et al. Case No. 01132360 |
| 3 | Robert Millick | Robert Millick v. Xavier Harris, et al. Case No. 01129866 |
| 5 | Robert Owens | Michael M. 1, et al. v. Defendant Doe 1, et al. Case No. BC308555 |
| 7 | Robert Pass | John Roe 2 v. Franciscan Friars of California, Inc., et al. Case No. 01132382 |
| 9 | Vincent Perez | Vincent Perez, et al. v. Defendant Doe 1, et al. Case No. BC308365 |
| 10 | Robert Reilly | Anne-Marie R., et al. v. Defendant Doe 1, et al. Case No. BC308667 |
| 12 | Steven Trigeros | Beverly Sherratt, et al. v. Defendant Doe 1, et al. Case No. BC308267 |

6. **"Oregon Claims."** "Oregon Claims" means the following lawsuits and claims:

| | |
|---|---|
| Ken Nail | *K.N. and G.M. v. The Archdiocese of Portland, et al.*, Multnomah County Circuit Court No. 0404-03644 |
| Gary Mitts | *K.N. and G.M. v. The Archdiocese of Portland, et al.*, Multnomah County Circuit Court No. 0404-03644 |
| Floyd Bell | *F.B., et al. v. The Franciscan Friars of California, et al.*, Multnomah County Circuit Court No. 0409-09193 |
| Stephen Diaz | *F.B., et al. v. The Franciscan Friars of California, et al.*, Multnomah County Circuit Court No. 0409-09193 |
| Kirby Laughlin | *F.B., et al. v. The Franciscan Friars of California, et al.*, Multnomah County Circuit Court No. 0409-09193 |
| John Roberts | *F.B., et al. v. The Franciscan Friars of California, et al.*, Multnomah County Circuit Court No. 0409-09193 |
| Michael Shaw | *F.B., et al. v. The Franciscan Friars of California, et al.*, Multnomah County Circuit Court No. 0409-09193 |

DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

SF1\372514\1

9
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 05-3511 PJH

| | |
|---|---|
| Jerry Wilson | *F.B., et al. v. The Franciscan Friars of California, et al.*, Multnomah County Circuit Court No. 0409-09193 |
| Thomas Sheridan | *Thomas Sheridan v. Franciscan Friars of Oregon*, Multnomah County Circuit Court Case No. 0506-06395 |
| Mark Ziglinski | Claim |
| Robert Guild | Claim |

7. **"Alaska Claims."** "Alaska Claims" means the following lawsuit:

| | |
|---|---|
| Doe plaintiffs in | *James Doe and Julia Doe, et al. v. Catholic Bishop of Northern Alaska, et al.*, Superior Court of the State of Alaska at Bethel, Case No. 5BE-04-0322 CI |

DRINKER BIDDLE & REATH LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

SF1\372514\1

10

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 05-3511 PJH